**Order entered March 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00157-CR

**MALONE, AARON LEE, Appellant**

**v.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F08-39160-LI**

## ORDER

Appellant's Motion for Self Representation is **GRANTED.** The clerk is directed to file

appellant's Motion for Rehearing.

/s/     MARTIN RICHTER
         JUSTICE